UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES,

    Plaintiff,

v.                                                    CRIMINAL ACTION NO. 5:16-cr-00019-2

MARK RADCLIFFE,

    Defendant.

## ORDER

Pending is Defendant Mark Radcliffe's *"Motion for the Court to Order the Office of Professional Responsibility to Investigate the Respondent's Crime as to Mark Radcliffe"* (Document 298).

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court **ORDERS** that said filing be referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, who shall consider the pleadings and evidence therein and submit to this Court proposed findings of fact and recommendation for disposition. The Magistrate Judge is authorized to conduct hearings, including evidentiary hearings, to require the submission of additional pleadings, records or materials, and to take such other actions as deemed necessary as authorized by 28 U.S.C. § 636.

The Court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Aboulhosn, counsel of record, the Federal Public Defender's Office, and the Defendant.

ENTERED: February 7, 2020



Frank W. Volk
United States District Judge